UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
Eastern Division

| | |
|---|---|
| BONNIE KRAMER, | Case No. 1:20-CV-1969 |
| Plaintiff, | |
| | JUDGE DONALD C. NUGENT |
| v. | |
| | STIPULATION OF DISMISSAL |
| MONTLACK REALTY CO., et al | WITH PREJUDICE |
| Defendant. | |

The parties to this action submit this joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This matter has been settled and therefore all claims pending or threatened in this matter are hereby dismissed WITH PREJUDICE.

Respectfully submitted this 12th day of August 2021.

| | |
|---|---|
| /s/ Pete M. Monismith | /s/ James M. Henshaw |
| Pete M. Monismith, Esq. | James M Henshaw |
| 3945 Forbes Ave., #175 | Malarcik, Pierce, Munyer, and Will |
| Pittsburgh, PA 15213 | 121 South Main Street |
| Ph: 724-610-1881 | Suite 520 |
| Fax: 412-258-1309 | Akron, OH 44308 |
| Pete@monismithlaw.com | (p)330-253-0785 |
| PA-84746 | (f)330-253-7432 |
| ***Attorney for Plaintiff*** | ***Attorneys for Defendant Marcs*** |

2

/s/ William R. Hanna
**William R. Hanna**
40 Severance Circle
Cleveland Heights, OH 44118
P: 216-291-5775 F: 216-291-3731
WHanna@clvhts.com
*Attorney for Defendant City of Cleveland*

/s/ Benjamin Aveni
Benjamin L. Aveni. Esq.
Cannon & Aveni Co., LPA
41 E. Erie Street
Painesville, Ohio  44077
(440) 357-5537 x3021
**Attorney for Defendant Montlack**