UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
Eastern Division

| | | |
|---|---|---|
| BONNIE KRAMER, | : | |
| | : | Case No. 1:20-CV-1969 |
| Plaintiff, | : | |
| | : | JUDGE DONALD C. NUGENT |
| v. | : | |
| | : | STIPULATION OF DISMISSAL |
| MONTLACK REALTY CO., et al | : | WITH PREJUDICE |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |
| | : | |

The parties to this action submit this joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  This matter has been settled and therefore all claims pending or threatened in this matter are hereby dismissed WITH PREJUDICE.

Respectfully submitted this 12th day of August 2021.

/s/ Pete M. Monismith
Pete M. Monismith, Esq.
3945 Forbes Ave., #175
Pittsburgh, PA 15213
Ph: 724-610-1881
Fax: 412-258-1309
Pete@monismithlaw.com
PA-84746
*Attorney for Plaintiff*

/s/ James M. Henshaw
James M Henshaw
Malarcik, Pierce, Munyer, and Will
121 South Main Street
Suite 520
Akron, OH 44308
(p)330-253-0785
(f)330-253-7432
*Attorneys for Defendant Marcs*

---

This case is dismissed with prejudice pursuant to joint stipulation of the parties.
IT IS SO ORDERED.

THOMAS M. PARKER
U.S. Magistrate Judge
Dated:  8/13/2021